

# IN THE
# TENTH COURT OF APPEALS

No. 10-15-00083-CV

## IN RE CHARLES ROBERT BLAKE

**Original Proceeding**

## MEMORANDUM OPINION

Charles Robert Blake's amended petition for writ of mandamus is denied.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Petition denied
Opinion delivered and filed April 30, 2015
[OT06]

